UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

                Petitioner,

-against-

DEPT. OF JUSTICE,

                Respondent.

22-CV-8502 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      The Court directs the Clerk of Court to administratively close this action. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

SO ORDERED.

Dated:   October 6, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                  Chief United States District Judge